# STATEMENT OF 341(A) LOCATION

October 12, 2010

BENEDICT REPOSAR ABUCEJO
19830 WESTERLY DR
RIVERSIDE, CA  92508


Re: BENEDICT REPOSAR ABUCEJO
    Chapter 13 Case No.: 6:10-bk-39817-DS
    341(a) Meeting of Creditors: 10/26/2010 11:00 AM
    **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS**

    NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced Chapter 13 case will be held at:

**Riverside Convention Center**
**3443 Orange Street**
**Citrus Heritage Room, 2nd Floor**
**Riverside, CA 92501**

    The date and time of the creditor meeting is unchanged.  The confirmation hearing will be held at the date, time and location previously noticed by the clerk of the court.

    Ther Riverside Convention Center is located next to the Marriott-Riverside.  Parking is free - enter the parking lot off of 5th Street, near the interesection of 5th & Market Street.

_____
Rod Danielson, Chapter 13 Trustee

| In re:    BENEDICT REPOSAR ABUCEJO | Chapter: 13 |
|---|---|
| Debtor | Case Number: 6:10-bk-39817-DS |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF 341(A) LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On <u>10/12/2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/12/2010 | Mark Jaurequi | /s/ |
|---|---|---|
| Date | Type Name | Signature |

In re:    BENEDICT REPOSAR ABUCEJO    **Chapter: 13**

Debtor    Case Number: 6:10-bk-39817-DS

## PROOF OF SERVICE OF DOCUMENT CONTINUED

| | | |
|---|---|---|
| BENEDICT REPOSAR ABUCEJO<br>19830 WESTERLY DR<br>RIVERSIDE, CA 92508 | DOAN LAW FIRM, LLP<br>25401 CABOT ROAD<br>SUITE 119<br>LAGUNA HILLS, CA 92653 | BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME<br>C/O MCCARTHY & HOLTHUS, LLP<br>1770 FOURTH AVENUE<br>SAN DIEGO, CA 92101 |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME<br>C&#092;O MCCARTHY & HOLTHUS, LLP<br>1770 FOURTH AVENUE<br>SAN DIEGO, CA 92101 | BAC HOME LOANS SERVICI<br>450 AMERICAN ST<br>SIMI VALLEY, CA 93065 | BK OF AMER<br>PO BOX 15026<br>WILMINGTON, DE 19850 |
| CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Chase Na<br>Po Box 15298<br>Wilmington, DE 19850 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Fin<br>ATTENTION: BANKRUPTCY DEPARTMENT<br>PO Box 3025<br>New Albany, OH 43054 | Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197 | WELLS FARGO BANK<br>PO BOX 5445<br>PORTLAND, OR 97208 |
| Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306 | Gregory J Doan<br>25401 Cabot Rd Ste 119<br>Laguna Hills, CA 92653 | |